IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY C. BRYANT, | * |
| Plaintiff, | * |
| v. | Case No.  5:18-CV-199-MTT |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 5, 2019, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,070.41.

This 9th day of December, 2019.

David W. Bunt, Clerk

s/  Amy N. Stapleton, Deputy Clerk